# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Mary Elaine Washington
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

State of New Jersey

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

10  3900

**COMPLAINT**

Jury Trial: ☐ Yes  ☒ No
(check one)

on the Counterclaim

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name             Mary Elaine Washington
           Street Address   127 Academy Street #220
           County, City     Trenton
           State & Zip Code New Jersey 08608
           Telephone Number (609) 933-7948

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name  Trenton Municipal Court - Department of City of Trenton Police
Street Address  225 North Clinton Avenue
County, City  Trenton
State & Zip Code  New Jersey  08607

Defendant No. 2
Name  Goodwill Rescue Mission of the City of Trenton
Street Address  96 Carroll Street
County, City  Trenton
State & Zip Code  New Jersey  08608

Defendant No. 3
Name  Mercer County Community College
Street Address  1200 Old Trenton Road
County, City  West Windsor
State & Zip Code  New Jersey  08550

Defendant No. 4
Name  _____
Street Address  _____
County, City  _____
State & Zip Code  _____

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   [X] Federal Questions       [ ] Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  Based upon anti-trust laws, when can an injured party (pro se) receive remedies against body of officers' commissions of wrongful acts?

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? The date of occurrence was November 4, 2008 (see supplemental Notice of Motion For Stay of Injunction).

B. What date and approximate time did the events giving rise to your claim(s) occur? On July 7, 2010, plaintiff purchased Certification of Disposition decided by Magistrate Louis Sancinito and originated by Judge Harold George (see motion for stay).

C. Facts: During the date of occurrence at 11:00 p.m., police auxiliary induced my inquiry about missing vehicle, which was legally parked within parking limits. When I, plaintiff, inquired about her missing vehicle, police officers at the precinct's window imposed summonses for disorderly person conduct and parking violation (see motion for leave of court and warrant pleadings).

As matters were miscarried, Superior Court of Camden County issued a written response, which stated it was powerless to hear said motions.

In conclusion, plaintiff's legal representation was marked as in moot Circuit-wide (see Superior Court of New Jersey - Camden County's letter and Supreme Court - Appellate Division of the State of New Jersey's decision and correspondence).

Therefore, neither state court or supreme court - appellate division agreed to its capacity to hear tort-administrative cases, especially concerning replevin (illegal seizure of car) and escalations of patterns of official misconduct. Now, plaintiff seeks relief to file an appellant's brief out of time, if an attorney master has decided this tort matter was frivolous. May this Court of Law decide this tort matter impartially and without prejudice. Thank you, Your Honor.

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I suffered from low blood sugar, and urinary tract infections. No State of New Jersey's State hospital has either extended or granted charity care for complete series of examinations.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Plaintiff seeks an stay for injunctive relief so that certain individuals will be restrained from contacting me, and clarify right-of-way to apply to the Court of Appeals Third Circuit "Bar" admittance. Finally plaintiff needs recovery for an illegal impound of her vehicle described as 2001 4-door Sedan, Silver Saturn, Vin #1G8ZK52751Z254772, in the amount of $30,000 (thirty thousand dollars and no/cents). This specified amount of moneys will include court fees and interest, as special damages.